UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RASHAD LAMONE JONES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No.   5:26-cv-03842-EJD<br><br>**ORDER GRANTING AS MODIFIED MOTION FOR EXTENSION OF TIME TO FILE**<br><br>Re: ECF No. 28 |

Plaintiff requests an extension of time to file his opposition to the City of San Jose, San Jose Police Department, Officer Gifford, Officer Hoqoq, and the County of Santa Clara's (collectively, "Defendants") Motions to Dismiss and Motion to Strike the Second Amended Complaint ("SAC").  Mot., ECF No. 28.  Defendants have opposed.  Opp., ECF No. 29.  For the reasons stated below, the Court **GRANTS AS MODIFIED** Plaintiff's motion.

## I.    BACKGROUND

Plaintiff initially filed suit in Santa Clara County Superior Court.  While in state court, Plaintiff filed an Ex Parte Application for Extension of Time to Serve Pleading.  ECF No. 1-5 at 9–10.  Defendant the County of Santa Clara ("the County") opposed.  *Id.* at 15–18.  The Superior Court granted the extension.

Defendants then removed the action to this Court and filed their Motion to Dismiss and Motion to Strike.  ECF No. 10, 12.  On May 14, 2026, the parties stipulated to extend deadlines to respond.  ECF No. 24.  The Court granted the stipulation and entered an order adopting the parties' proposed briefing schedule.  Order Granting Stipulation to Extend Deadlines, ECF No. 26.

On May 28, 2026, Plaintiff mailed his instant Motion, which was filed on June 1, 2026.

Case No.: 5:26-cv-03842-EJD
ORDER GRANTING AS MODIFIED MOTION FOR EXTENSION OF TIME TO FILE
1

Mot.

## II.   LEGAL STANDARD

Federal Rule of Civil Procedure 6(b)(1) provides that when an act "may or must be done within a specified time," a court may extend that time for good cause "(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect."  Fed. R. Civ. P. 6(b)(1).

Local Rule 6 also governs requests to enlarge or shorten time.  Local Rule 6-1(b) states that "[a] request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3."

## III.   DISCUSSION

Plaintiff's Opposition was due on May 28, 2026.  Order Granting Stipulation to Extend Deadlines.  On May 28, however, Plaintiff requested a thirty-day extension.  Mot.  Plaintiff now states that he needs additional time "to research and complete his opposition."  Mot. at 2.

Defendants argue that since Plaintiff's motion was filed four days after the parties' stipulated deadline, the Court should analyze Plaintiff's request under Rule 6(b)(1)(B).  Opp. at 4. The Court acknowledges that Plaintiff's motion was filed four days late.  But in light of both the fact that Plaintiff mailed the motion on the day it was due and the fact that Plaintiff is proceeding pro se, the Court declines to analyze Plaintiff's request under Rule 6(b)(1)(B).

Defendants contend that even if the Court analyzes the motion under Rule 6(b)(1)(A), Plaintiff has not demonstrated good cause to merit a thirty-day extension.  Here, the Court agrees that Plaintiff has not adequately articulated why he requires thirty additional days to prepare his opposition.  Given that Plaintiff is proceeding pro se, the Court GRANTS Plaintiff's motion for extension of time to file.  But because Plaintiff did not articulate why thirty days were necessary, the Court instead grants Plaintiff a twenty-five-day extension.

## IV.   CONCLUSION

For the foregoing reasons, the Court **GRANTS AS MODIFIED** Plaintiff's Motion.

Case No.: 5:26-cv-03842-EJD
ORDER GRANTING AS MODIFIED MOTION FOR EXTENSION OF TIME TO FILE
2

United States District Court
Northern District of California

Plaintiff must file his opposition to Defendants' Motions to Dismiss and Motion to Strike by **Monday, June 22, 2026**.

     **IT IS SO ORDERED.**

Dated: June 9, 2026

EDWARD J. DAVILA
United States District Judge

Case No.: 5:26-cv-03842-EJD
ORDER GRANTING AS MODIFIED MOTION FOR EXTENSION OF TIME TO FILE
3

United States District Court
Northern District of California